AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

**FILED - GR**
December 16, 2015 4:48 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc/  SCANNED BY /s/ /12/17/15

# UNITED STATES DISTRICT COURT
for the

Andres Santiago
_Plaintiff/Petitioner_

v.

Grand Rapids Public Schools
_Defendant/Respondent_

Civil Action No.

**1:15-cv-1301**
Janet T. Neff
U.S. District Judge

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

### Affidavit in Support of the Application

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _/s/ Andres Santiago_

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: December 16, 2015

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ about 450/Monthly | $ N/A | $ 0 | $ N/A |
| Self-employment | $ about $100/monthly | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ $900/monthly | $ | $ 1038 Minus water bill and expenses | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Income source | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 300 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): | $ 0 | $ | $ 0 | $ |
| Total monthly income: | $ 1750.00 | $ 0.00 | $ 1956.00 *after expenses* | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| The Grand Rapids Public Schools | 1331 Franklin St SE GR, MI, 49506 | Aug/2014 - March/2015 | $ 2800 |
| N/A | N/A | N/A | $ N/A |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| PNC Bank | Checking | $ 958.00 | $ 0 |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home (Value) 303 Maplelawn St SE | $ | 18,580 |
| Other real estate (Value) 637 Olympia S.W; 2030 Divison St. | $ | 72,800 |
| Motor vehicle #1 (Value) Toyota 2006 | $ | |
| Make and year: Toyota | | |
| Model: Tundra | | |
| Registration #: BHS 7074 | | |
| Motor vehicle #2 (Value) N/A | $ | |
| Make and year: N/A | | |
| Model: | | |
| Registration #: | | |
| Other assets (Value) | $ | |
| Other assets (Value) | $ | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included?  ☐ Yes  ☐ No <br> Is property insurance included?  ☐ Yes  ☐ No | $ Average of about $400/monthly | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ Average of $300 monthly | $ |
| Home maintenance (repairs and upkeep)  *This year it has been* | $ above $1000/monthly | $ |
| Food | $ 250 monthly | $ |
| Clothing | $ 40 monthly | $ |
| Laundry and dry-cleaning | $ 14 monthly | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ $300/monthly | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ $200/monthly | $ |
| Life: | $ 0 | $ |
| Health: | $ 0 | $ |
| Motor vehicle: | $ 0 | $ |
| Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments | | |
| Motor vehicle: | $ 0 | $ |
| Credit card (name): | $ 0 | $ |
| Department store (name): | $ 0 | $ |
| Other: | $ 0 | $ |
| Alimony, maintenance, and support paid to others   *I included this above* | $ | $ N/A |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | 0 | $ | 0 |
|---|---|---|---|---|
| Other *(specify)*: | $ | 0 | $ | 0 |
| **Total monthly expenses:** | $ | 0.00 | $ | 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☒ Yes ☐ No  If yes, describe on an attached sheet.

   *I am no longer employed, whereby I am looking for employment and try to fix a property which will take some time. Also, I have to anticipate the property taxes along with the bills*

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☒ Yes ☐ No  *I spent*

    If yes, how much? $ *1500 on a lawyer handling the Michigan Employment Relation Commission matter.*

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    *My savings has been depleted greatly. I am trying to search for employment that will help with my*

12. Identify the city and state of your legal residence.

    *Kentwood, Michigan*

    Your daytime phone number:  *773-343-2639*

    Your age: *45*  Your years of schooling: *23 years*

December 13, 2015,

Dear Federal Court,

My name is Andres Santiago. I am looking for employment. I have continuously spent a great deal of money restoring a property, which has no return, and which much work is needed and has been stop due to the inability spend funds to continue renovations. I am paying the utilities, gas, electricity and water, in which I don't know how long I'll be able to continue. I am not going to be able to pay an insurance premium. I really have to budget for just the basic needs, eliminating what I do not need. I do not know how I am going pay property taxes for the winter and the summer which has been averaging nearly $5000 every year. I respectfully ask for the fee waiver.

Respectfully,

*Andres Santiago*

Andres Santiago
303 Maplelawn ST. SE
Kentwood, Michigan 49548