UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRES SANTIAGO,

       Plaintiff,                        Case No. 1:15–cv–01301–JTN–ESC

v.                                      Hon. Janet T. Neff

GRAND RAPIDS PUBLIC SCHOOLS, et al.,

       Defendants.
_____/

## NOTICE OF RECEIPT OF CASE

     NOTICE is hereby given that this case has been received, and filed in this court on December 16, 2015.  It has been assigned the case number and judge set forth above.

                                        CLERK OF COURT

Dated:  December 17, 2015     By:  /s/ E. Siskind
                                           Deputy Clerk