UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A<span>NDRES</span> S<span>ANTIAGO</span>,

       Plaintiff,                                     Hon. Janet T. Neff

v.                                                        Case No. 1:15-cv-01301

G<span>RAND</span> R<span>APIDS</span> P<span>UBLIC</span> S<span>CHOOLS</span>,
et al.,

       Defendants.
_____/

**<u>ORDER</u>**

This matter is before the Court on Plaintiff's Application to Proceed Without Prepaying Fees or Costs (Dkt. #2). Plaintiff's application indicates that his financial resources are sufficiently adequate to pay the required filing fee. Therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed Without Prepaying Fees or Costs (Dkt. #2) is denied. If Plaintiff intends to proceed with the lawsuit, he is ordered to pay the $400.00 filing fee within 28 days of the date of this order.

Dated:  December 21, 2015              /s/ Janet T. Neff
                                                        Janet T. Neff
                                                        United States District Judge